

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

April 6, 2022

RE:  Williby v. Brin
     22-cv-01271-VC

Default is declined as to Sergey Brin, Larry Page, Pichai Sundararajan also known as Sundar Pichai, Eric Schmidt doing business as Alphabet, Inc., Google LLC, YouTube LLC doing business as Blogger doing business as Google AdSense (Pay-Per-Click), Mark Zuckerberg doing business as Facebook, Inc. and Jeff Bezos doing business as Amazon.com, Inc., on April 6, 2022.

The plaintiff needs to file the executed summons as a separate stand alone document and the service is insufficient.

                              Mark B. Busby, Clerk of Court

                              by:  Jacquelyn Lovrin
                              Case Systems Administrator
                              (510) 637-1873

*REV. 7-19*