Harry J. Williby
P.O. Box 990755
Redding,CA 96099-0755
Phone: (000) 000-0000 (cell phone users can be tracked by defendants' Android OS)
E-mail: wilabee@protonmail.com
Attorney for: In Pro Se

FILED

APR 06 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| Harry J. Williby,<br><br>    Plaintiff,<br>vs.<br><br>Sergey Brin,<br>Larry Page,<br>Pichai Sundararajan, a.k.a.,<br>Sundar Pichai, his predecessor,<br>Eric Schmidt, dba, Alphabet, Inc.,<br>Google, LLC., and YouTube, LLC., dba, Blogger, dba, Google AdSense (Pay-Per-Click)<br>Mark Zuckerberg, dba, Facebook, Inc.,<br>Jeff Bezos, dba,<br>Amazon.com, Inc., and<br>Doe(s)/Roe(s) 1-10,<br>        Defendant(s). | Case No.: **C22-01271-VC**<br><br>ORIGINAL<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT  [Rule 55(a), Federal Rules of Civil Procedure]** |

## I.   INTRODUCTION

The undersigned counsel, on behalf of plaintiff, Harry J. Williby, moves the Clerk

of the Court for entry of a default as to defendants Sergey Brin, Larry Page, Pichai

Sundararajan, a.k.a., Sundar Pichai, his predecessor, Eric Schmidt, dba, Alphabet, Inc.,

Google, LLC., and YouTube, LLC., dba, Blogger, dba, Google AdSense (Pay-Per-Click)

Mark Zuckerberg, dba, Facebook, Inc., and Jeff Bezos, dba, Amazon.com, Inc. upon the

complaint heretofore filed and served upon the defendant, in accordance with the

provisions of Rule 55(a), Federal Rules of Civil Procedure, and in support thereof shows

the Court the following:

1.     On March 28, 2021, the plaintiff filed in the United States District Court,

Northern District of California, San Francisco Division, a Complaint alleging certain

anticompetitive practices by defendants in violation of Section 1 and 2 of the Sherman

Act, 15 U.S.C. § 1; 15 U.S.C. § 2; and pendent state law claims. The clerk of the United

States District Court issued summons on March 1, 2022. A copy of said Summons &

Complaint is located on the PACER service, can be readily and electronically accessed

by each of the Defendants, jointly and severally, and is incorporated herein by

reference.

2.     A Pro Se litigant's pleadings and papers are deemed served, upon delivery

of said papers and pleadings to the PostMaster General, or his designated

representative. [Citations omitted.] On March 9, 2022, a copy of said Summons &

Complaint in this Civil Action were served by the United States Postal Service (certified

mail/Signature Required) upon defendants' Attorney-of-Record, at the Defendants'

place(s) of business located at 1601 Willow Road, Menlo Park, California 94025

(picked up by individual at post office); 1600 Amphitheatre Way, Mountain View,

this Motion.

**AFFIDAVIT**

I, Harry J. Williby, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Memorandum are true and accurate to the best of our knowledge and belief.

Dated this **1st** day of **April, 2022**

*Harry J. Williby (CGS)*
Harry J. Williby
Bar #: In Pro Se
Address: P.O. Box 990755
City/State/Zip: Redding, CA
Phone: 000-000-0000
Email: wilabee@protonmail.com

4/4/2022                                        USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70203160000192823277

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:55 am on March 11, 2022 in MOUNTAIN VIEW, CA 94043.

**USPS Tracking Plus® Available** ⌄

*ORIGINAL*

## ⊘ Delivered, Front Desk/Reception/Mail Room

March 11, 2022 at 9:55 am
MOUNTAIN VIEW, CA 94043

*ALPHABET*

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

*Exh."C"*



C22-01271 (VC)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Mountain View, CA 94043

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0003 |
| $ | | 47 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $9.90 | |
| $ | | 03/09/2022 |
| Total Postage and Fees | $13.65 | |
| $ | | |

Sent To GOOGLE, Inc. % H. D. PRADO
Street and Apt. No., or PO Box No. 1600 Amphitheatre PKWY.
City, State, ZIP+4® Mountain View, CA 94043

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 3160 0001 9282 3277

ORIGINAL

4/4/2022                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                        FAQs ›

### Track Another Package ✛

**Tracking Number:** 70203160000192823291                    Remove ✕

Your item has been delivered and is available at a PO Box at 10:35 am on March 11, 2022 in SEATTLE, WA 98108.

**USPS Tracking Plus® Available** ⌄        

⊘ **Delivered, PO Box**

March 11, 2022 at 10:35 am          
SEATTLE, WA 98108

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*C22·01271 (VC)*

For delivery information, visit our website at www.usps.com®.

Seattle, WA 98108

Certified Mail Fee
$3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage
$10.70

Total Postage and Fees
$14.45

03/09/2022

Sent To  AMAZON, Inc. % D. ZAPOLSKY
Street and Apt. No., or PO Box No.  P.O. Box 81226
City, State, ZIP+4  Seattle, WA 98108 -1226

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0001 9282 3291





ORIGINAL

⑤

4/4/2022
Case 3:22-cv-01271-VC   Document 8   Filed 04/06/22   Page 8 of 13
USPS.com® - USPS Tracking® R...ults

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70203160000192823260

Remove ✕

Your item was picked up at a postal facility at 8:01 am on March 11, 2022 in MENLO PARK, CA 94025.

USPS Tracking Plus® Available ∨

**ORIGINAL**

⊘ **Delivered, Individual Picked Up at Postal Facility**

March 11, 2022 at 8:01 am
MENLO PARK, CA 94025

**FACEBOOK**

Feedback

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

*Exh. "F"*



**U.S. Postal Service™** C22.01271
**CERTIFIED MAIL® RECEIPT** (VC)
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Menlo Park, CA 94025

| Certified Mail Fee | $3.75 | | 0003 |
| --- | --- | --- | --- |
| $ | | | 47 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $9.90 | | |
| $ | | | 03/09/2022 |
| Total Postage and Fees | | | |
| $ | $13.65 | | |

Sent To FACEBOOK Inc. % J. Newstead

Street and Apt. No., or PO Box No. 1601 Willow Road

City, State, ZIP+4 MENLO PARK, CA 94025

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0001 9282 3260

ORIGINAL

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70203160000192823284

Remove ✕

Your item was delivered to an individual at the address at 11:29 am on March 11, 2022 in SOUTH SAN FRANCISCO, CA 94080.

USPS Tracking Plus® Available ∨

**ORIGINAL**

### ✓ Delivered, Left with Individual

March 11, 2022 at 11:29 am
SOUTH SAN FRANCISCO, CA 94080

*YouTube*

Feedback

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

*Exh. "E"*

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

C 22 · 01271
( VC )

For delivery information, visit our website at www.usps.com®.

San Bruno, CA 94066

Certified Mail Fee
$   $3.75                                         0003
                                                    47
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $  $0.00
☐ Return Receipt (electronic)       $  $0.00
☐ Certified Mail Restricted Delivery $  $0.00        Postmark
☐ Adult Signature Required          $  $0.00          Here
☐ Adult Signature Restricted Delivery $  $0.00      MAR 9 2022

Postage
$   $9.90

Total Postage and Fees
$   $13.65                                      03/09/2022

Sent To  YouTube, LLC. C/o N. ALSTON
Street and Apt. No., or PO Box No. 901 Cherry AVENUE
City, State, ZIP+4®  SAN BRUNO, CA 94066

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 3160 0001 9282 3284

ORIGINAL

## PROOF OF SERVICE BY MAIL

I am employed/reside in the County of Shasta, State of California. I am over 18 years of age and a party to the action within. My business address is P.O. Box 990755 - Redding, California 96099-0755.

On this 5ᵗʰᵗ day of April of the year 2022 I served the foregoing document(s) described as follows: **Plaintiff's Req. for Entry of Default FRCP 55(a)**

by placing the [ ] **Original** [ XX ] a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows (below and in attached mailing list):

**United States District Court**
Clerk of the Court
450 Golden Gate Avenue
San Francisco, CA 94102

[ ] (**BY ELECTRONIC MAIL**) I am readily familiar with the practice of using electronic mail, and on _____, I caused the above-named [Microsoft Word] documents to be attached to an electronic mail fromharrywilliby@yahoo.comto:

[XX] (**BY MAIL, STATE OR FEDERAL**) I am readily familiar with the practice of the U.S. Postal Service for the collection and processing of correspondence for mailing within the State of California. Pursuant to that practice, the above-referenced document(s) would, with the U.S. Postal Service, 1st Class, postage prepaid, on this date, at the main Post Office located in Redding, California.

[ ] (**FEDERAL**) I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ ] (**BY PERSONAL SERVICE**) I delivered such envelopes(s) by hand to the addressee(s).

[ ] (**BY FACSIMILE**) I caused each document to be sent to the following number(s):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of April of the year 2022 at Redding, California, County of Shasta.

*Harry J. Williby*
_____
Harry J. Williby

YouTube, LLC.
℅ Nicole Alston, General Counsel
901 Cherry Avenue
San Bruno , CA 94066

Facebook, Inc./Meta
Jennifer G. Newstead, Esq.
℅ Legal Department
1601 Willow Road,
Menlo Park, CA 94025

Amazon, Inc.
David Zapolsky, SVP-Gen. Counsel
 P.O. Box 81226
Seattle, WA 98108-1126

Alphabet, dba, Google, Inc.
Halimah DeLaine Prado, Gen. Coun.
1600 **Amphitheatre** Parkway
Mountain View, CA 94043