FILED

MAY 18 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Harry J. Williby
P.O. Box 990755
Redding,CA 96099-0755
Phone: (000) 000-0000 (cell phone users can be tracked by defendants' Android OS)
E-mail: wilabee@protonmail.com
Attorney for: In Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| Harry J. Williby,<br><br>Plaintiff,<br>vs.<br><br>Sergey Brin,<br>Larry Page,<br>Pichai Sundararajan, a.k.a.,<br>Sundar Pichai, his predecessor,<br>Eric Schmidt, dba, Alphabet,<br>Inc.,<br>Google, LLC., and YouTube,<br>LLC., dba, Blogger, dba, Google<br>AdSense (Pay-Per-Click)<br>Mark Zuckerberg, dba,<br>Facebook, Inc.,<br>Jeff Bezos, dba,<br>Amazon.com, Inc., and<br>Doe(s)/Roe(s) 1-10,<br>Defendant(s). | Case No.: **C22-01271-VC**<br><br>Request for Order of Service of the Summons & Complaint on Defendant Jeff Bezos, dba, Amazon by the U.S. Marshal Service   [28 U.S.C. § 566(c); FRCP, Rule 4 (of the Federal Rules of Civil Procedure); 28 CFR § 0.114(a)(3) & (4) (*at the cost of Defendant Bezos*).<br><br># ORIGINAL |

## I.   INTRODUCTION

WHEREAS plaintiff, Harry J. Williby, having filed its Complaint in this action on February 28, 2022, and and effected service on each defendant, on March 11, 2022,  and attempted service upon Defendant Bezos, dba, Amazon on April 26, 2022  and April 27,

2022 plaintiff hereby requests an order from this court, directing the United States Marshal Service, to effect service of the Summons & Complaint in this action, on the defendant, Jeff Bezos, dba, Amazon, Inc., as follows:

1. Service upon Defendants Jeff Bezos, dba, Amazon.com, Inc., should be effected upon the General Counsel of Amazon.com, Inc., David A. Zapolsky, **Vice President/Gen. Counsel, 1200 12th Avenue South, Suite 1200, Seattle, WA 98144-2734 - Attn: (Legal Department – Legal Process)**

## II.    Reason(s) for Service by the USMS

### A. Prior Attempted Service

It is beyond dispute, however, that a copy of the summons and complaint reached Defendant Bezos, dba, Amazon, Inc. (See Attached Exhibits #1 -thru- #6). Insofar as providing notice to the correct legal entity is concerned, plaintiff appears to have done so: the caption of the Complaint includes the name "Jeff Bezos, dba, Amazon, Inc." Plaintiff has previously attempted service upon the defendant, multiple times via United States Certified Mail (March 11, 2022, April, 26, 2022 and April 27, 2022). Thus, the defendant, Jeff Bezos, dba, Amazon, Inc, has knowledge of this action. The actions of the defendant, Jeff Bezos, dba, Amazon, Inc., indicates a willingness and/or attempt to evade lawful service of the Summons & Complaint in this action.

### B. Service Rejected At Defendant Bezos' Attorney's Office

On April 26, 2022, Defendant Bezos, dba, Amazon, Inc., refused to receive legal process via mail, express delivery, or couriers sent to Defendant's Attorneys physical

address. (See Attached Exhibits #4 -thru- #6). The defendant claimed: "*No Authorized Recipient Available*." (See Attached Exhibits #4). However, this is the physical address of David A. Zapolsky, General Counsel for Bezos, dba, Amazon, Inc.

### C. Failure to Acknowledge Receipt of First Summons & Complaint

Plaintiff submitted the First Summons & Complaint via Certified mail to **Defendant Jeff Bezos, dba, Amazon.com, Inc., at their Washington address. The** Defendant Jeff Bezos, dba, Amazon.com, Inc., failed and/or refused to acknowledge receipt, or service. Defendant states on their website: "Amazon accepts service of subpoenas or other legal process only through Amazon's national registered agent, Corporation Service Company (CSC). Subpoenas or other legal process may be served **by sending them to CSC at the following address:**

Amazon.com, Inc.

**Corporation Service Company**

300 Deschutes Way SW, Suite 208 MC-CSC1

Tumwater, WA 98501

Attn: Legal Department – Legal Process."

A copy of the Complaint has been forwarded to this address to no avail. Plaintiff **then forwarded a copy directly to General Counsel to no avail. Thus, without service by** the USMS, Plaintiff is prejudiced by the conduct of the Defendant. Thus, service by the **USMS would be appropriate in the matter herein.**

## III. Memorandum of Law

[A] plaintiff proceeding in forma pauperis in federal court is entitled to rely on

the United States Marshal Service for service of summons, 28 U.S.C. § 1915(d)[.] [I]n

this case plaintiff [has not] sought[,] nor [has he been] granted informa pauperis status.

Even so, [a plaintiff] may still request service of summons by USMS. See Fed.R.Civ.P.

4(c)(3)(at plaintiff's request, court may order service by USMS). Thus plaintiff's

request for an order for service of summons by USMS is properly before the court. See

e.g., <u>Koger v. Bryan, 523 F.3d 789</u> (7th Cir. 2008)(denial of a motion for service by

USMS because plaintiff was not proceeding informa pauperis was abuse of district

court's discretion citing Rule 4(c)(3)). "[A] Plaintiff [who] does not proceed in forma

pauperis [...] may not rely on the duty imposed by § 1915(d) [...] that officers of the

court perform "all duties" associated with service of process. Rather, Rule 4(c)(3),

serv[es] here as the basis for plaintiff's request for service by USMS[.] [Plaintiff

recognizes that this rule] imposes no such duty on court officers. See also <u>Mallard v.</u>

<u>U.S. Dist. Court for Southern Dist. of Iowa</u>, 490 U.S. 296, 301-02 (1989)(distinguishing

§ 1915 statutory provision for requesting counsel, from compulsory service of process

required by § 1915(d)).

## IV.    Statutory Costs

By statute, USMS is to collect the costs for serving summons, complaint, or any

order or process in any case, 28 U.S.C. § 1921(a)(1)(A), and the Attorney General is to

prescribe by regulation the fees to be collected for this service, 28 U.S.C. § 1921(b). See

28 C.F.R. § 0.114 (setting forth fees to be routinely collected by USMS for service of

process, even if process is returned unexecuted).

Thus, plaintiff has previously submitted the fee(s) for service in the amount of

$260.00 ($65 * 4); and an additional $60.00 in copy costs. In both instances, the Clerk returned the money orders to Plaintiff. Should the court not impose Marshal Fees upon Defendant Bezos, Plaintiff is inclined to submit the costs as ordered by the court.

**V.      Conclusion**

Wherefore, Plaintiff prays that this Court issue an order directing the United States Marshal Service to effect service of the Summons & Complaint in this action, upon the Defendant Jeff Bezos, dba, Amazon, Inc., jointly and severally.

Dated this **16th** day of **May**, 2022.

By: *Harry J. Williby*

_____Plaintiff, In Pro Se

ExhiBiTs



U.S. POSTAGE PAID
PM 2-Day
REDDING, CA
JUN 11, 22
AMOUNT
$17.50
R2304H1092-2-03

98144

1006

7020 3160 0001 9282 3307

David A. Zapolsky, Vice President

Legal Department

1200 12th Avenue South, Suite 1200

Seattle, Washington 98144-2734

RETURN RECEIPT
REQUESTED

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com

This product is for use with Priority Mail.
Misuse may be a violation of federal law.
This tape is not for resale.

PRIORITY®
MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 106, January 2008

099-0755
Pro Se

Exh. #1

**UNITED STATES POSTAL SERVICE**

We Re Deliver for You!

Download Informed Delivery APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: 5-6-22

The item was sent by: Returned

It was sent to: Harry J Williby

At this address: P.O. box 755

**About the missed delivery:**

It was a:

____Package   ____Letter   ✓ Large envelope

☐ Parcel Locker Eligible

Available for pickup date: 5-6-22

This is the:

☑ First attempt   ☐ Final notice

**To Schedule a Redelivery:**

Scan the QR Code or go to usps.com/redelivery

Article Number:

**5293 0633 2395 8703**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:

____Postage due   ____Customs

☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☑ Signature required

____must be 18+ years old____must be 21+ years old

☐ Other: _____

*Please see reverse to schedule redelivery or pickup.*
PS Form 3849, February 2021

Exh. #2, P.l

**Choose one option for redelivery or pickup.**

**1.** Go online to **usps.com/redelivery.**

**2. Parcel Locker Delivery (optional)** If Parcel Locker Eligible is checked on the front of the form, you may request the pickup of your items at **uspsparcellocker.com/pickup**. Your items will be delivered to the parcel locker located at the address listed in section 4.

**3. Let your carrier know** when and where you'd like them to leave the item, then leave this form in your mailbox.
*(Sorry, not an option for Restricted Delivery or Adult Signature items)*

Please redeliver on this date: _____ and leave at (check one):

☐ Front door   ☐ Back door   ☐ Porch   ☐ Garage
☐ Other: _____

**4. Go to your local Post Office™,** located at:

**Redding Downtown Station**
**1647 Yuba St.**
**Redding, CA  96001**
**Mon-Fri 9:30am-5:00pm**

**5. Sign up to manage your redeliveries at informeddelivery.com.**

**6. Send someone to serve as your representative:** Sign below and provide the name of the person you want to pick up your item at your local Post Office listed in section 4. See option 3 for restrictions.

Addressee signature: _____
Name of representative: _____

**7. Call us at 800-ASK-USPS** (800-275-8777).

---

**Delivery Section**

| | |
|---|---|
| Signature<br>X | |
| Printed<br>Name | |
| Delivery<br>Address | |

**USPS**

5293 0633 2395 8703

We **Re**Deliver for You!
PS Form 3849, February 2021 (Reverse)

**UNITED STATES POSTAL SERVICE ®**

*Exh. #2, P.2*

# USPS Tracking®

FAQs >

## Track Another Package +



Bezos/Amazon

**Tracking Number:** 70203160000192823307

Remove ✕

This is a reminder to arrange for redelivery of your item before April 27, 2022 or your item will be returned on April 28, 2022. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

USPS Tracking Plus® Available ∨

## Reminder to Schedule Redelivery of your item before April 27, 2022

Schedule Redelivery ∨

---

Text & Email Updates                                                                      ∨

---

Schedule Redelivery                                                                      ∧

**Tracking Information**

In Transit to Next Facility

**Package Information**

**Postal Product:**   Priority Mail®

**Feature:**          Certified Mail™
                      Up to $50 insurance included

**Post Office Information**

Exh. #3, P.1

4/25/2022                                    USPS.com® - USPS Tracking® Results

Check your local Post Office® (https://tools.usps.com/find-location.htm?address=&locationType=po) for more information.

**Return Guidelines**

**Return to Sender Date:**   April 28, 2022

## Enter Your Contact Details



Please provide your contact information below. The address must match the original delivery address.

*indicates a required field

*First Name

Harry

M.I.

J

*Last Name

Williby

Company Name

*Street Address

1112 Continental St

Apt/Suite/Other

*City

Redding

*State

CA - California

*ZIP Code™

96001

Feedback

*Phone

916-519-4649

*Email

harrywilliby@gmail.com

## Select Redelivery Details for This Package

*Redelivery Type

USPS Carrier Redelivery

*Select Date

04/26/2022

*Delivery Location

Front Door

Additional Instructions

Direct delivery to David A. Zapolsky

36/250

☑ I have read, understood, and accept the Terms and Conditions
(https://www.usps.com/terms-conditions/schedule-redelivery.htm) for Redelivery.

**Submit**

**Clear Form**



## Privacy Act Statement

Your information will be used to provide you requested products, services, or information. Collection is authroized by 39 USC 401, 403, & 404. Supplying your information is voluntary, but if not provided, we may not be able to process your request. We do not disclose your information to third parties without your consent, except to act on your behalf or rquest, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to agencies and entities to facilitate or resolve financial transactions; to a U.S. Postal Service auditor; for law enforcement purposes, to labor organizations as required by applicable law; incident to legal proceedings involving the Postal Service; to government agencies in connection with decisions as necessary; to agents or contractors when necessary to fulfill a business function or provide products and services to customers; and for customer service purposes. For more information regarding our privacy policies visit www.usps.com/privacypolicy. (https://www.usps.com/privacypolicy)

**Tracking History**                                                                            ∨

**USPS Tracking Plus®**                                                                          ∨

**Product Information**                                                                          ∨

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70203160000192823307

Remove ✕

We attempted to deliver your item at 8:18 am on April 26, 2022 in SEATTLE, WA 98144 and a notice was left because an authorized recipient was not available.

USPS Tracking Plus® Available ∨

## Notice Left (No Authorized Recipient Available)

April 26, 2022 at 8:18 am
SEATTLE, WA 98144

Get Updates ∨

| |
|---|
| **Text & Email Updates** ∨ |
| **Tracking History** ∨ |
| **USPS Tracking Plus®** ∨ |
| **Product Information** ∨ |

See Less ∧

Feedback

Exh.#4

4/25/2022                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs** >

### Track Another Package **+**



**Tracking Number:** 70203160000192823291

Remove ✕

Your item has been delivered and is available at a PO Box at 10:35 am on March 11, 2022 in SEATTLE, WA 98108.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, PO Box

March 11, 2022 at 10:35 am
SEATTLE, WA 98108

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

*Exh.#5*

## Organization Information:

Amazon.com, Inc. and its controlled U.S. subsidiaries, except as noted
1200 12th Avenue South, Suite 1200
Seattle, Washington 98144-2734
Phone: (206) 266-2335
Fax: (206) 266-7010
http://www.amazon.com

## Contact Information:

Contact Office: Legal Department
Phone: (206) 266-4064 Fax: (206) 266-7010 Email:
safeharbor@amazon.com

## Corporate Officer Information:

Corporate Officer: David A. Zapolsky, Vice President
Phone: (206) 266-4064 Fax: (206) 266-7010 Email:
safeharbor@amazon.com

## Safe Harbor Information:

Signed up to safe harbor 03/25/2003 05:52:46 PM
Next certification 03/25/2010
EU/EEA Countries From Which Personal Information Is Received:
Austria, Belgium, Bulgaria, Cyprus, Czech Republic, Denmark,
Estonia, Finland, France, Germany, Greece, Hungary, Iceland,
Ireland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta,
Netherlands, Norway, Poland, Portugal, Romania, Slovakia,
Slovenia, Spain, Sweden, United Kingdom
Industry Sector: General Consumer Goods - (GCG) Information
Services - (INF)
Personal Information Received From the EU: Amazon.com, Inc. and
its controlled U.S. subsidiaries (other than those noted below)
receive personal information from the EU as a result of the
operations related to various web sites. In general, the personal

Ex. #6



① Service
UNITED STATES POSTAL SERVICE®
CUSTOMER'S RECEIPT
SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
Pay to United States Cirk. Ofc.
Address 450 Golden Gate Ave.
San Fran., CA 94102
KEEP THIS RECEIPT FOR YOUR RECORDS
Serial Number 27294717161
Year, Month, Day 2021-07-26
Post Office 960011
Amount $260.00
Clerk 03

② Copies
UNITED STATES POSTAL SERVICE®
CUSTOMER'S RECEIPT
SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
Pay to UNITED STATES CIRK. OF.
Address 450 Golden Gate Ave.
San Fran., CA 94102
KEEP THIS RECEIPT FOR YOUR RECORDS
Serial Number 27294717150
Year, Month, Day 2021-07-26
Post Office 960011
Amount $60.00
Clerk 03

③ UNITED STATES POSTAL SERVICE®
POSTAL MONEY ORDER
Serial Number 27294721075
Year, Month, Day 2021-08-18
Post Office 960011
U.S. Dollars and Cents $60.00
Sixty Dollars and 00/100 ****************
Clerk 02
Pay to United States Marshal Service Copies
From Harry Williby
Address PO Box 990755
Redding, CA 96099
Memo Copies: 21-CV-02210-VC
SEE REVERSE WARNING ● NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
⑇00000800 2⑇   27294721075⑇

④ UNITED STATES POSTAL SERVICE®
POSTAL MONEY ORDER
Serial Number 27294721064
Year, Month, Day 2021-08-18
Post Office 960011
U.S. Dollars and Cents $260.00
Two Hundred Sixty Dollars and 00/100 ************
Clerk 02
Pay to UNITED STATES MARSHAL SVC.
From Harry Williby
Address PO Box 990755
Redding, CA 96099
Memo Service: 21-CV-02210(VC)
SEE REVERSE WARNING ● NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
⑇00000800 2⑇   27294721064⑇



SERVICE

## PROOF OF SERVICE BY MAIL

I am employed/reside in the County of Shasta, State of California. I am over 18 years of age and a party to the action within. My business address is 1124 Continental St. - Redding, California 96001.

On this 16ᵗʰ day of May of the year 2022 I served the foregoing document(s) described as follows:

**Request for U.S. Marshall Service upon Defendant Bezos.**

by placing the [ ] **Original** [XX ] a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**See Attached Mailing List**

[ ] (**BY ELECTRONIC MAIL**) I am readily familiar with the practice of using electronic mail, and on _____, I caused the above-named [Google] documents to be attached to an electronic mail from harrywilliby@gmail.com to:

[**XX**] (**BY MAIL, STATE OR FEDERAL**) **I** am readily familiar with the practice of the United States Postal Service for the collection and processing of correspondence for mailing within the State of California. Pursuant to that practice, the above-referenced document(s) would, with the United States Postal Service, First Class, postage prepaid, on this date, at the main Post Office located in Redding, California.

[ ] (**FEDERAL**) I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ ] (**BY PERSONAL SERVICE**) I delivered such envelopes(s) by hand to the addressee(s).

[ ] (**BY FACSIMILE**) I caused each document to be sent to the following number(s):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16ᵗʰ day of May of the year 2022 at Redding, California, County of Shasta.

*William Keller*

_____
William Keller