Harry J. Williby
P.O. Box 990755
Redding, CA 96099-0755
Phone: (000) 000-0000 (cell phone users can be tracked by defendants' Android OS)
E-mail: wilabee@protonmail.com
Attorney for: In Pro Se

FILED
MAY 23 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| **Harry J. Williby,**<br><br>        **Plaintiff,**<br>vs.<br><br>**Sergey Brin,**<br>**Larry Page,**<br>**Pichai Sundararajan, a.k.a.,**<br>**Sundar Pichai, his predecessor,**<br>**Eric Schmidt, dba, Alphabet,**<br>**Inc.,**<br>**Google, LLC., and YouTube,**<br>**LLC., dba, Blogger, dba, Google**<br>**AdSense (Pay-Per-Click)**<br>**Mark Zuckerberg, dba,**<br>**Facebook, Inc.,**<br>**Jeff Bezos, dba,**<br>**Amazon.com, Inc., and**<br>**Doe(s)/Roe(s) 1-10,**<br>        **Defendant(s).** | Case No.: **C22-01271-VC**<br><br>**SUMMONS AND PROOF OF SERVICE(S)**<br><br>ORIGINAL |

Plaintiff Harry J. Williby, and in support of the original complaint Case No. C22-01271, filed February 28, 2022, in the United States District Court for the Northern District of California, does hereby submit for filing the (Copy of Original) Summons

**SUMMONS AND PROOF OF SERVICE(S)**

1

and Proof of Services in support of Plaintiff's Request for Entry of Default [FRCP 55(a)].

Executed this the 18th day of May, 2022.

By: *Harry J. Williby*

Plaintiff, In Pro Se

**SUMMONS AND PROOF OF SERVICE(S)**

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Harry J. Williby<br><br>Plaintiff(s)<br>v.<br>Sergey Brin, Larry Page,<br>Pichai Sundararajan, a.k.a., Sundar Pichai,<br>Eric Schmidt, Mark Zuckerberg,<br>Facebook, Inc., Jeff Bezos, et. al.<br><br>Defendant(s) | ~COPY OF~ ORIGINAL on FILE<br><br>Civil Action No.<br><br>C22-01271 VC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergey Brin, Larry Page,
Pichai Sundararajan, a.k.a., Sundar Pichai, his predecessor,
Eric Schmidt, dba, Alphabet, Inc.,
Google, LLC., and YouTube, LLC., dba, Blogger, dba, Google AdSense (Pay-Per-Click)
Mark Zuckerberg, dba,
Facebook, Inc., Jeff Bezos, dba,
Amazon.com, Inc.,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Harry J. Williby
P.O. Box 990755
Redding, California 96099-0755
Attorney for: In Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR - 1 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sergey Brin, dba, Alphabet, dba, Google, dba, Blogger, et.al.
was received by me on *(date)* 04/11/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Halimah DeLaine Prado, Attorney of Law , who is
designated by law to accept service of process on behalf of *(name of organization)* Sergey Brin, dba, Alphabet, dba
Google, dba, Blogger, dba, YouTube, LLC on *(date)* 04/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

**ORIGINAL**

My fees are $ 100.00 for travel and $ 150.00 for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Zuckerberg, dba, Facebook, (dba Meta)
was received by me on *(date)*   04/11/2022   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Jennifer G. Newstead, Attorney of Law   , who is
designated by law to accept service of process on behalf of *(name of organization)*  Facebook, (dba Meta)
_____ on *(date)*   04/15/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   100.00   for travel and $   150.00   for services, for a total of $   250.00   .

I declare under penalty of perjury that this information is true.

Date:   04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YouTube, LLC.
was received by me on *(date)* 04/11/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Alston, Attorney of Law , who is
designated by law to accept service of process on behalf of *(name of organization)* Alphabet, dba,
Google, dba, Blogger, dba, YouTube, LLC., ET AL.   on *(date)* 04/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**ORIGINAL**

My fees are $ 100.00 for travel and $ 150.00 for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sundar Pichai, dba, Alphabet, dba, Google, dba, Blogger, et.al.
was received by me on *(date)* 04/11/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Halimah DeLaine Prado, Attorney of Law , who is
designated by law to accept service of process on behalf of *(name of organization)* Sergey Brin, dba, Alphabet, dba Google, dba, Blogger, dba, YouTube, LLC on *(date)* 04/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**ORIGINAL**

My fees are $ 100.00 for travel and $ 150.00 for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc:


AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Larry Page, dba, Alphabet, dba, Google, dba, Blogger, et.al.
was received by me on *(date)* 04/11/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Halimah DeLaine Prado, Attorney of Law , who is designated by law to accept service of process on behalf of *(name of organization)* Sergey Brin, dba, Alphabet, dba Google, dba, Blogger, dba, YouTube, LLC on *(date)* 04/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**ORIGINAL**

My fees are $ 100.00 for travel and $ 150.00 for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01271-VC

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Eric Schmidt, dba, Alphabet, dba, Google, dba, Blogger, et.al.
was received by me on *(date)* 04/11/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Halimah DeLaine Prado, Attorney of Law , who is
designated by law to accept service of process on behalf of *(name of organization)* Sergey Brin, dba, Alphabet, dba
Google, dba, Blogger, dba, YouTube, LLC on *(date)* 04/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

**ORIGINAL**

My fees are $ 100.00 for travel and $ 150.00 for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2022

*Server's signature*

Luis Wagoner, Acting Server
*Printed name and title*

648 Alcatraz Avenue, #305
Oakland, California 94609

*Server's address*

Additional information regarding attempted service, etc: