Harry J. Williby
P.O. Box 990755
Redding, CA 96099-0755
Phone: (000) 000-0000 (cell phone users can be tracked by defendants' Android OS)
E-mail: wilabee@protonmail.com
Attorney for: In Pro Se

FILED MAY 23 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA
FILED MAY 26 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| **Harry J. Williby,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**Sergey Brin,**<br>**Larry Page,**<br>**Pichai Sundararajan, a.k.a.,**<br>**Sundar Pichai, his predecessor,**<br>**Eric Schmidt, dba, Alphabet, Inc.,**<br>**Google, LLC., and YouTube, LLC., dba, Blogger, dba, Google AdSense (Pay-Per-Click)**<br>**Mark Zuckerberg, dba,**<br>**Facebook, Inc.,**<br>**Jeff Bezos, dba,**<br>**Amazon.com, Inc., and**<br>**Doe(s)/Roe(s) 1-10,**<br>        **Defendant(s).** | Case No.: **C22-01271-VC**<br><br>**AFFIDAVIT FOR**<br>**ENTRY OF DEFAULT**<br><br> |

Harry J. Williby, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. I am the attorney, In Pro Se and in that capacity, I represent the interests of

Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to each of the named defendants, jointly and severally, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

A. A Pro Se litigant's pleadings and papers are deemed served, upon delivery of said papers and pleadings to the PostMaster General, or his designated representative;

B. The defendants, and each of them, jointly and severally were personally served, by a representative of the Postmaster General, and through their respective representatives, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure on March 11, 2022; and personal service upon their Attorneys of Record on April 15, 2022;

C. Upon Plaintiff's information and belief, the defendants, being Delaware and California corporations with their principal place of business in Menlo Park, CA, and Mountain View, CA, neither defendant is an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure; and neither defendant is serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

D. The defendants (excluding Defendant Bezos) have neither answered

nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired; and

E.   Copies of this Affidavit and the Motion and Supporting Memorandum, seeking entry of default by the clerk, which are being filed herewith, have this date been served upon the defendants by regular mail, postage prepaid.

Dated this **18th** day of **May, 2022**

*Harry J. Williby (CGS)*
Harry J. Williby
Bar #: In Pro Se
Address: P.O. Box 990755
City/State/Zip: Redding, CA
Phone: 000-000-0000
Email: wilabee@protonmail.com

## CERTIFICATE OF SERVICE BY MAIL

      I am employed/reside in the County of Shasta, State of California. I am over 18 years of age and a party to the action within. My business address is 1124 Continental St. - Redding, California 96001.

    On this 18th day of May of the year 2022 I served the foregoing document(s) described as follows:

> **Affidavit in Support of Request for Entry of Default [FRCP 55(a)].**

by placing the [ ] **Original** [XX ] a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**See Attached Mailing List**

[ ] **(BY ELECTRONIC MAIL)** I am readily familiar with the practice of using electronic mail, and on _____, I caused the above-named [Google] documents to be attached to an electronic mail from harrywilliby@gmail.com to:

[XX] **(BY MAIL, STATE OR FEDERAL)** I am readily familiar with the practice of the United States Postal Service for the collection and processing of correspondence for mailing within the State of California. Pursuant to that practice, the above-referenced document(s) would, with the United States Postal Service, First Class, postage prepaid, on this date, at the main Post Office located in Redding, California.

[ ] **(FEDERAL)** I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelopes(s) by hand to the addressee(s).

[ ] **(BY FACSIMILE)** I caused each document to be sent to the following number(s):

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of May of the year 2022 at Redding, California, County of Shasta.

*William Keller*
_____
William Keller

YouTube, LLC.
℅ Nicole Alston, General Counsel
901 Cherry Avenue
San Bruno, CA 94066

Facebook, Inc./Meta
Jennifer G. Newstead, Esq.
℅ Legal Department
1601 Willow Road,
Menlo Park, CA 94025

Amazon, Inc.
David Zapolsky, SVP-Gen. Counsel
P.O. Box 81226
Seattle, WA 98108-1126

Alphabet, dba, Google, Inc.
Halimah DeLaine Prado, Gen. Coun.
1600 **Amphitheatre** Parkway
Mountain View, CA 94043

ORIGINAL