**FILED**

MAY 26 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE BY MAIL

I am employed/reside in the County of Shasta, State of California. I am over 18 years of age and a party to the action within. My business address is 1124 Continental St. - Redding, California 96001.

On this 24th day of May of the year 2022 I served the foregoing document(s) described as follows:

> [First Amended]Memo of Law/Default Judgment; and [First Amended] [Proposed] Default Judgment.

by placing the [ ] Original [XX ] a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:
**Clerk of the United States District Court**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
**See Attached Mailing List**

**ORIGINAL**

[ ] **(BY ELECTRONIC MAIL)** I am readily familiar with the practice of using electronic mail, and on _____, I caused the above-named [Google] documents to be attached to an electronic mail from harrywilliby@gmail.com to:

[XX] **(BY MAIL, STATE OR FEDERAL)** I am readily familiar with the practice of the United States Postal Service for the collection and processing of correspondence for mailing within the State of California. Pursuant to that practice, the above-referenced document(s) would, with the United States Postal Service, First Class, postage prepaid, on this date, at the main Post Office located in Redding, California.

[ ] **(FEDERAL)** I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelopes(s) by hand to the addressee(s).

[ ] **(BY FACSIMILE)** I caused each document to be sent to the following number(s):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of May of the year 2022 at Redding, California, County of Shasta.

*William Keller*
_____
William Keller

YouTube, LLC.
℅ Nicole Alston, General Counsel
901 Cherry Avenue
San Bruno, CA 94066

Facebook, Inc./Meta
Jennifer G. Newstead, Esq.
℅ Legal Department
1601 Willow Road,
Menlo Park, CA 94025

Amazon, Inc.
David Zapolsky, SVP-Gen. Counsel
P.O. Box 81226
Seattle, WA 98108-1126

Alphabet, dba, Google, Inc.
Halimah DeLaine Prado, Gen. Coun.
1600 Amphitheatre Parkway
Mountain View, CA 94043

ORIGINAL