

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

May 27, 2022

RE:  Williby v. Brin
     22-cv-01271-VC

Default is declined as to Sundar Pichai, Eric Schmidt doing business as Alphabet, Inc., Google LLC, YouTube LLC doing business as Blogger doing business as Google AdSense (Pay-Per-Click), Mark Zuckerberg doing business as Facebook, Inc. and Jeff Bezos doing business as Amazon.com, Inc. on May 27, 2022.  The plaintiff shows he served the defendants in his motion for default, but does not show where they were served and has not filed into ECF summons returned executed

Mark B. Busby, Clerk of Court

by:  Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873