

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

May 27, 2022

RE:  Williby v. Brin
     22-cv-01271-VC

Default Judgment is declined as to Sundar Pichai, Eric Schmidt doing business as Alphabet, Inc., Google LLC, YouTube LLC doing business as Blogger doing business as Google AdSense (Pay-Per-Click), Mark Zuckerberg doing business as Facebook, Inc. and Jeff Bezos doing business as Amazon.com, Inc. on May 27, 2022.

Mark B. Busby, Clerk of Court

_____
by:  Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

*REV. 7-19*