UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEY BRIN, et al.,<br><br>        Defendants. | Case No. 22-cv-01271-VC<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

      The plaintiff, Harry Williby, has filed multiple pro se lawsuits in this district, often against major Silicon Valley figures or entities. *See, e.g.*, *Williby v. Alphabet Corporation*, No. 4:18-cv-04903-JST; *Williby v. Alphabet Corporation*, No. 4:18-cv-5986-JST; *Williby v. Zuckerberg*, No. 3:18-cv-06295-JD; *Williby v. Brin*, No. 3:21-cv-02210-VC; *Williby v. Hearst Corporation*, No. 5:15-cv-02538-EJD. This time, he has filed a lawsuit against Sergey Brin, Larry Page, Pichai Sundararajan, Eric Schmidt, Google LLC, YouTube LLC, Mark Zuckerberg, Jeff Bezos, Alphabet Holding Corporation, Facebook, Inc., and Amazon.com, Inc. alleging a wide-ranging antitrust conspiracy. That lawsuit is dismissed for lack of jurisdiction as frivolous. *See* Fed. R. Civ. P. 12(b)(1); *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998). Leave to amend is not granted, and no further filings will be accepted in the case. The remaining motions are denied as moot.

      **IT IS SO ORDERED.**

Dated: June 23, 2022

_____
VINCE CHHABRIA
United States District Judge