UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>          Plaintiff,<br><br>v.<br><br>SERGEY BRIN, et al.,<br><br>          Defendant. | 22-cv-01271-VC<br><br>**JUDGMENT** |

The Court enters judgment in accordance with the order at Dkt. No. 22. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 23, 2022

_____
VINCE CHHABRIA
United States District Judge