# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 11, 2023

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Harry J. Williby
  v. Sergey Brin, et al.
  No. 23-5651
  (Your No. 22-16106)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk